IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CLAYTON REYNOLDS,<br><br>　　　　　　　Defendant. | 8:24CR135<br><br>ORDER |

The court, having granted Motion to Withdraw as Counsel (Filing No. 41), finds that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED** that Sean M. Conway, 1018 Dodge Street, Suite 5, Omaha, NE 68102, (402) 933-6858, is appointed to represent Clayton Reynolds for the balance of these proceedings pursuant to the Criminal Justice Act. James E. Reisinger shall forthwith provide Sean M. Conway any discovery materials provided to the defendant by the government and any such other materials obtained by James E. Reisinger which are material to Clayton Reynolds's defense.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Sean M. Conway.

DATED this 23rd day of May, 2025.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ Michael D. Nelson
　　　　　　　　　　　　　　　　United States Magistrate Judge