IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLAYTON REYNOLDS,<br><br>　　　　　Defendant. | 8:24CR135<br><br>PRELIMINARY ORDER<br>OF FORFEITURE |

　　　　This matter is before the Court on the government's Motion for Preliminary Order of Forfeiture (Filing No. 58). The Court has carefully reviewed the record in this case and finds as follows:

　　　　1.　　On August 28, 2025, defendant Clayton Reynolds ("Reynolds") pleaded guilty to Counts VII and VIII of the Indictment (Filing No. 1) and admitted the Forfeiture Allegation. Count VII of the Indictment charged Reynolds with possession with intent to distribute 500 grams or more of a mixture or substance containing methamphetamine; in violation of 21 U.S.C. § 841(a)(1) and (b)(1). Count VIII charged him with possession of a firearm during a drug-trafficking crime; in violation of 18 U.S.C. § 924(c)(1)(A).

　　　　2.　　The Forfeiture Allegation sought forfeiture, pursuant to 21 U.S.C. § 853, of a Moriarti AR 9 mm pistol, sold to a confidential informant on April 23, 2024; A Remington 870 DM 12-gauge shotgun with serial number RF44804A and $18,062 in United States currency seized from 6303 N. 95th Ct. #208 on July 22, 2024; a S&W model SW40VE .40 Cal with serial number RFF3361 and $14,000 in United States currency seized from 6099 Irvington Road, Unit #544 on July 22, 2024 as "property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense."

3. Based on Reynolds's guilty plea and admission, Reynolds forfeits his interest in the Moriarti AR 9 mm pistol, a Remington 870 DM 12-gauge shotgun, $18,062 in United States currency, a S&W model SW40VE .40 Cal, and $14,000 in United States currency.

4. The government's Motion for Preliminary Order of Forfeiture is granted.

IT IS ORDERED:

1. The government's Motion for Preliminary Order of Forfeiture (Filing No. 58) is granted.

2. Based upon the Forfeiture Allegation of the Indictment (Filing No. 1) and Reynolds's guilty plea and admission, the government is hereby authorized to seize the Moriarti AR 9 mm pistol, a Remington 870 DM 12-gauge shotgun, $18,062 in United States currency, a S&W model SW40VE .40 Cal, and $14,000 in United States currency.

3. Reynolds's interest in the Moriarti AR 9 mm pistol, a Remington 870 DM 12-gauge shotgun, $18,062 in United States currency, a S&W model SW40VE .40 Cal, and $14,000 in United States currency, is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4. The Moriarti AR 9 mm pistol, a Remington 870 DM 12-gauge shotgun, $18,062 in United States currency, a S&W model SW40VE .40 Cal, and $14,000 in United States currency, is to be held by the government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the Moriarti AR 9 mm pistol, a Remington 870 DM 12-gauge shotgun, $18,062 in United States currency, a S&W model SW40VE .40 Cal, and $14,000 in United States currency, in such manner as the Attorney General may direct, and notice that any person, having or claiming a legal interest in the Moriarti AR 9 mm pistol, a Remington 870 DM 12-gauge shotgun, $18,062 in United States currency, a S&W model SW40VE .40 Cal, and $14,000 in United

States currency, must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the Moriarti AR 9 mm pistol, a Remington 870 DM 12-gauge shotgun, $18,062 in United States currency, a S&W model SW40VE .40 Cal, and $14,000 in United States currency, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the Moriarti AR 9 mm pistol, a Remington 870 DM 12-gauge shotgun, $18,062 in United States currency, a S&W model SW40VE .40 Cal, and $14,000 in United States currency, and any additional facts supporting the Petitioner's claim and the relief sought.

7. The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the Moriarti AR 9 mm pistol, a Remington 870 DM 12-gauge shotgun, $18,062 in United States currency, a S&W model SW40VE .40 Cal, and $14,000 in United States currency, as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 4th day of September 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge