IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CLAYTON REYNOLDS,<br><br>    Defendant. | 8:24CR135<br><br>FINAL ORDER<br>OF FORFEITURE |

   This matter is before the Court upon the government's Motion for Final Order of Forfeiture (Filing No. 63). The Court has carefully reviewed the record in this case and finds as follows:

   1. On September 4, 2025, the Court entered a Preliminary Order of Forfeiture (Filing No. 59) forfeiting defendant Clayton Reynolds's interest in a Moriarti AR 9 mm pistol, sold to a confidential informant on April 23, 2024; a Remington 870 DM 12-gauge shotgun with serial number RF44804A, $18,062 in United States currency seized from 6303 N. 95th Ct. #208 on July 22, 2024; a S&W model SW40VE .40 Cal with serial number RFF3361, and $14,000 in United States currency seized from 6099 Irvington Road, Unit #544 on July 22, 2024.

   2. A Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on September 10, 2025, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication (Filing No. 62) was filed herein on November 12, 2025.

   3. The government advised the Court that no petitions have been filed. A review of the record supports that assertion.

4. The government's Motion for Final Order of Forfeiture should be granted.

In light of the foregoing,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 63) is granted.

2. All right, title and interest in and to the Moriarti AR 9 mm pistol, a Remington 870 DM 12-gauge shotgun, $18,062 in United States currency, a S&W model SW40VE .40 Cal, and $14,000 in United States currency held by any person or entity are forever barred and foreclosed.

3. The Moriarti AR 9 mm pistol, a Remington 870 DM 12-gauge shotgun, $18,062 in United States currency, a S&W model SW40VE .40 Cal, and $14,000 in United States currency are all forfeited to the government.

4. The government is directed to dispose of the Moriarti AR 9 mm pistol, a Remington 870 DM 12-gauge shotgun, $18,062 in United States currency, a S&W model SW40VE .40 Cal, and $14,000 in United States currency in accordance with law.

Dated this 3rd day of December 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Court Judge