IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLAYTON REYNOLDS<br><br>Defendant. | **8:24CR135**<br><br>**ORDER** |

This matter is before the Court on defendant Clayton Reynolds's ("Reynolds") *pro se* motion to proceed in forma pauperis (Filing No. 100). He explains he is "in the process of" filing his *pro se* "motion under 28 U.S.C. § 2255" and would like to proceed "without being required to prepay fees or costs or give security." Reynolds also requests "any free manual for a *pro se* litigant[ ] appearing before the United States District Court of Nebraska." The Court has no such manual for *pro se* litigation. And because there is no filing fee for a § 2255 motion (and Reynolds has not identified any other fees or costs he might reasonably incur), he doesn't need in-forma-pauperis status to maintain his forthcoming § 2255 action. *See* Rule 3, Advisory Committee Notes of the Rules Governing Section 2255 Proceedings.

Accordingly, defendant Clayton Reynolds's *pro se* motion to proceed in forma pauperis (Filing No. 100) is denied without prejudice.

IT IS SO ORDERED.

Dated this 16th day of October 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge